Steven J. Bandawat
Patricia Bandawat
8502 E. Via De Ventura, Ste. 105
Scottsdale, AZ 85258-3264
-*Pro Se Petitioner* -

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN J. BANDAWAT and PATRICIA BANDAWAT, 8502 E. Via De Ventura, Ste. 105, Scottsdale, AZ 85258-3264<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, 210 E. Earll Drive, MS 5101 PHX, Phoenix, Arizona 85012<br><br>Respondent,<br><br>OCWEN FEDERAL BANK FSB, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808<br><br>Third Party in Interest. | CASE NO. 08-523<br><br>**PETITION TO QUASH SUMMONS** |

Steven J. Bandawat and Patricia Bandawat ("Petitioner"), exercising their right to intervene and petition to quash pursuant to 26 U.S.C. § 7609(b) hereby allege as follows:

**I.   PARTIES, JURISDICTION AND VENUE.**

1.   Petitioner are adult residents of the State of Arizona at 8502 E. Via De Ventura, Ste. 105, Scottsdale, AZ 85258-3264.

2.   Respondent, by and through the Internal Revenue Service office at 210 E. Earll Drive, MS 5101 PHX, Phoenix, Arizona 85012, has issued a third party summons ("Summons") seeking records relating to Petitioner, a true and correct copy of which is attached hereto and incorporated by reference as Exhibit A.

3. OCWEN Federal Bank FSB, the Third Party in Interest, is the recipient of the Summons and is, upon information and belief, a corporation doing business at 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

4. This Court has jurisdiction pursuant to 26 U.S.C. § 7609(h) and venue is proper.

## II. GENERAL FACTUAL ALLEGATIONS.

5. This Petition addresses the Summons, notice of which was directed to Petitioner dated July 28, 2008. The records sought by the Summons relate to Petitioner's tax returns for the calendar years 2003, 2004, 2005 and 2006.

6. Petitioner's tax returns for the calendar years in question were filed with the Internal Revenue Service office in Phoenix, Arizona on August 14, 2008.

## III. CLAIMS.

7. Petitioner incorporates paragraphs 1 - 6 above as though fully set forth herein.

8. Based on the filing of Petitioner's tax returns, signed under penalty of perjury, for the periods in question, the information sought by Respondent is now within its possession, thus eliminating the need for enforcement of the Summons.

9. Respondent has made no determination that further examination of Petitioner's records are necessary, and/or has not notified Petitioner in writing to that effect.

10. Under United States v. Powell, 379 US 48, 57-58 (1964), the information sought by Respondent is already in its possession, and there has been no determination by Respondent that any further information is necessary, and Petitioner affirmatively contends that no further information should be required.

11. Enforcement of the Summons would amount to the use legal process or procedure primarily to accomplish an ulterior purpose for which the process or procedure was not designed.

WHEREFORE, Petitioner requests relief as follows:

    (a) For an order of the Court quashing the Summons; and

    (b) For any further relief the Court deems just and necessary.

DATED this 15th day of August, 2008.

_____
Steven J. Bandawat, Petitioner
8502 E. Via De Ventura, Ste. 105
Scottsdale, AZ 85258-3264

_____
Patricia Bandawat, Petitioner
8502 E. Via De Ventura, Ste. 105
Scottsdale, AZ 85258-3264

**Affidavit and Verification**

STATE OF ARIZONA         )
                         ) ss.
County of Maricopa       )

I declare under penalty of perjury that the foregoing Petition is true and correct to the best of my knowledge, information, and belief.

_____ Date: 8/15/2008
Steven J. Bandawat

_____ Date: 8/15/2008
Patricia Bandawat

Subscribed and sworn to before me, the undersigned Notary Public, came Steven J. Bandawat and Patricia Bandawat, and executed this Affidavit this 15th day of August, 2008.

My Commission Expires:

_____
Notary Public

OFFICIAL SEAL
JODY AUGUSTIN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 1, 2009

# EXHIBIT A TO

# PETITION TO QUASH



# Summons

In the matter of  Steven J & Patricia Bandawat, 8502 E Via De Ventura Ste 105, Scottsdale, AZ 85258-3264

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**

Periods:  **Ending: December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006.**

## The Commissioner of Internal Revenue

To:  **OCWEN Federal Bank FSB**
At:  **2711 Centerville Rd, Suite 400, Wilmington, DE 19808**

You are hereby summoned and required to appear before Larry Taylor, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal revenue laws concerning the person identified above for the periods shown.

The following information in your records regarding mortgage held by you on property owned by **Steven J & Patricia Bandawat** with addresses of **8502 E Via De Ventura Ste 105, Scottsdale, AZ 85258-3264 and 8215 62nd Pl Ln, Paradise Valley, AZ 85253**. Your account number is **100065002** but not limited to this account but all accounts for the owner identified above with SSN of 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 and 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.
   (1) Original amount of obligation (mortgage).
   (2) Balance due on obligation (mortgage).
   (3) Kind of property involved.
   (4) Amount of each payment.
   (5) How account is secured.
   (6) Date and place instrument was recorded.
   (7) Mortgage application.
   (8) Last six payments:  If done by check, need copy of it and if done electronic transfer I need the name of the financial institute account number, name stated on the account and copy of payment.

NOTE: Personal appearance is not necessary if the requested documents are received by RO L. Taylor by the summons date.
Under IRC 7609, this summons is exempt from the notice requirements pertaining to third party summonses.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

210 E Earll Dr, MS 5101  PHX, Phoenix AZ, 85012   (602) 207-8345

**Place and time for appearance at:**   210 E Earll Dr, MS 5101  PHX, Phoenix AZ, 85012

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  8th  day of  September  , 2008 at  1  o'clock  P  m.

Issued under authority of the Internal Revenue Code this 28th day of  July , 2008

_Signature of Issuing Officer_ — Revenue Officer (Title)

_Signature of Approving Officer (if applicable)_ — Group Manager (Title)

Part C -- to be given to noticee